UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>FORGE GROUP POWER PTY LTD.,<br>    Debtor in Foreign Proceeding. | Case No. 17-cv-02045-PJH<br><br>Bankr. Case No. 17-30008-DM |
| MARTIN JONES, in his capacity as Foreign Representative and Liquidator of Forge Group Power Pty Ltd.,<br>    Appellant,<br>    v.<br>APR ENERGY HOLDINGS LIMITED, et al.,<br>    Appellees. | **JUDGMENT** |

Pursuant to the order on bankruptcy appeal, entered this day,

IT IS HEREBY ORDERED AND ADJUDGED that the order of the bankruptcy court is VACATED and that the case is REMANDED for further proceedings consistent with the order on bankruptcy appeal.

**IT IS SO ORDERED.**

Dated: February 12, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge